UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISSETTE COLON, *Fiduciary of Estate of Miguel A. Gonzales*, and ELENA GONZALES,

                              Plaintiffs,

-v-

MSMC RESIDENTIAL REALTY LLC, et al.,

                              Defendants.

19 Civ. 1197 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

A pre-motion conference is scheduled for March 15, 2021 at 2:30 p.m. Dkt. 51. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: March 11, 2021
      New York, New York