UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISSETTE COLON, *Fiduciary of Estate of Miguel A. Gonzalez*, and ELENA GONZALEZ,

                            Plaintiffs,

                -v-

MSMC RESIDENTIAL REALTY LLC, et al.,

                            Defendants.

19 Civ. 1197 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The parties' joint statement of stipulated facts is due **March 29, 2021**;

- The defendants' motion for summary judgment is due **April 26, 2021**;

- The plaintiffs' opposition to the defendants' motion for summary judgment is due **May 24, 2021**;

- The defendants' reply in support of their motion for summary judgment is due **June 7, 2021**.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: March 15, 2021
        New York, New York